Case 18-1979 Lamarr Robinson v. Connie Horton Argument not to exceed 15 minutes per side. Mr. Jagger may proceed to the appellant when ready. Good morning. May it please the court. My name is Steve Jagger and I represent the appellant Lamarr Robinson. I ask the court to reserve four minutes for rebuttal. Very well. The Sixth Amendment requires that a criminal defendant is exposed. Such facts are deemed elements of the crime that must be submitted to the jury and found beyond reasonable doubt. This did not happen in Robinson's case. During the course of his direct appeal, the Supreme Court decided a lien and the Michigan courts and this court held the sentencing scheme under which Robinson was sentenced unconstitutional. This is uncontroverted. Nevertheless, Robinson has never been given the opportunity to seek a corrected sentence. As such, his request for habeas review should be granted. But before getting to the merits of the issue, it seems necessary to address the issue of exhaustion and whether or not he terminated the state remedies available to him. I mean that seems to be the the question here today. I mean I'm not seeing a big fight about the merits as you've just described them so that's the fight right there. Yeah and and it seems that the the court's inquiry has kind of focused on the sentence in the pro per application quote I want the court to consider the issues as raised in my court of appeals brief and the additional information below end quote. Can I ask you about that form? Sure. The form was printed by the prison legal services of Michigan. Is that a state entity, a non-profit, a private corporation? It's not the Michigan Supreme Court, correct? That is correct. I believe it's I mean one thing if the Michigan Supreme Court was printing a form that had this language but your client wasn't in other words your client was not relying on something that was published by the courts. This was published by a private group trying to I believe that is correct but nevertheless he was operating pro se and the form is clear in the language. She said there was some confusion if it was the court's own form you might hold that against the court but I just wanted I just wanted to confirm what that entity was. I don't I don't necessarily hold it against the court but I do think the language of the form is nevertheless just as I guess binding as far as what Mr. Robinson perceived it to mean. There is an actual official form isn't there? I mean the clerk the clerk of the Michigan Supreme Court has put out a form for pro se people who want seeking leave to appeal to the Michigan Supreme Court. They did but there's also other means available to get the case before the Michigan Supreme Court just as we have in this case and at the time the the form clearly provides that he intended to raise every issue that he raised below. I know that the appellee spends time kind of doing an academic exercise as to what the phrase or the word as means in that sentence but even the all the offered alternatives make it very difficult to kind of parcel any difference from what Mr. Robinson himself is advocating for. They suggest that it could mean to the same degree or quantity that in the same manner or way that or in accordance with which or way or with the way in which that it was raised. All of those from Mr. Robinson's perspective basically boil down to the same thing that whether it's the way the manner the degree or the quantity the bottom line was when he filled out this form and submitted it to the Supreme Court of Michigan he thought that he was raising all of the issues raised in his Michigan Court of Appeals brief and then he had the opportunity to proceed by providing additional information through the various questions. Are those the information he listed under those issues are those actually additional is that actually additional those are those additional claims or additional issues or are those issues that were raised in his briefs? They were redundant. They were issues that were raised. I mean he wasn't trying to raise new issues but again I think it's important to keep in mind that we're dealing with a pro se litigant who did not have the advice of counsel at the time that he completed the form. He did not have the American Heritage College Dictionary at the time that he completed the form. All that just I mean it's at least informative that he did list some issues those were all issues that were in his brief so they weren't new issues which would be one thing you might do and he didn't list the one that you care about the most today. That is true he did not but I still think you have to go back to the language of the form because the form is clear that it says and the additional information below. So my point is that's not really additional information because it's information that's in the briefs which he's already relying on. There's one way to read it I'm not saying that's the it is it is a way to interpret it and that's obviously what the appellee is proposing but I think if you look at the questions that follow you know it it instructs to copy the head note that you might want to present the additional information for. I see a question about Michigan procedure that I just don't know the answer to. So what is the purpose of this form? Does the state respond to this form or is this something that's just sort of purely informational for the court as a docketing mechanism? I believe it was what Mr. Robinson thought would get his issues before the Supreme Court. Like a petition. Yeah I mean it was his version of of the petition and a process. Does the government then does the state respond to that directly or is this something that the court can take up on its own and say look there's just nothing here? What's the procedure after this is filed? Well I know in this case the court never did issue any kind of ruling. The Supreme Court of Michigan just denied review altogether. Yeah and I don't know with petitions for cert sometimes there's a response sometimes there's not that could be waived. In other words I'm just you know one question would be what's the purpose of this form? Is this purpose is the purpose to alert just the state just the state supreme court is that there's a case and here's the issues? Is it also to put the government on notice that you have this case and here are the issues? I think the primary purpose from Mr. Robinson's perspective at the time which I think is all that we can really focus on as a pro se litigant was to get this docketed to the Supreme Court to preserve his right to continue in his direct appeal of the issues he wanted to present. He's asking the Michigan Supreme Court to take his case. He is asking them. It's an application for leave to appeal. Correct and under the existing law that's all that he was required to do for exhaustion purposes whether they addressed it directly or not. Usually just you know say it doesn't warrant review I mean just right vast majority of cases. But there's a reason but there's typically a reason why you list I mean every our court or every court there's some form that goes out that asks you to identify what are the issues it is specifically that you're bringing to the court and there's some reason for that. I think one is to let the state court know okay this case is about these four issues maybe a certain kind of issue would trigger a certain kind of procedure or a certain kind of docketing. It might also be to let the other side know what the issues are so I understand it from your client's perspective. I'm trying to figure out what the broader purpose of the form is and whether there was any sort of harm or prejudice. Well I think I certainly think there's harm if he's not permitted to pursue the appeal based on the fact that he did not list that specific issue under this additional information. Especially when it's it's undisputed that he was sentenced under an unconstitutional sentencing scheme and you know I do think it's it's still important to note on the form itself. First of all the Michigan Supreme Court did accept the form so it does somewhat validate its you know ability to get it to to get the issues before it and and secondly by saying the additional information below the way that it's interpreted by Mr. Robinson is if you wanted to present additional information on an issue you copy the head note you put that issue on section A and then you say why they should review that particular issue with the additional information that he wants to offer. It's not saying I only want the court to consider these issues it's saying I want them to consider all the issues as raised. Of course that language is was pre-printed on the form he didn't even type out that language did he? No he didn't it was it was just already in existence. And you know I'm looking at Michigan rule of court 7.305 and it lists what you're supposed to put you know according to Michigan Supreme Court rules and it says you know there's the questions presented for review related in concise terms to the facts of the case and also it says a concise argument conforming to another rule in support of the appellant's position on each of the stated questions. And of course this incorporation by reference doesn't comply with that Michigan is directly raising the same issues. The question is I guess boils down to Ken is it appropriate under Michigan law to incorporate by reference to basically say I want you to review everything that I raised in the Michigan Court of Appeals and therefore just incorporate by reference all that happened below is it do you have any authority from the state of Michigan that says that's okay? Well I think for exhaustion purposes I have authority from the United States Supreme Court where they said that arguments need not be couched in any specific legal or factual form in order to be deemed submitted to the court to be I'm sorry. State exhaustion state court. Yeah and that was in Sanders versus the United States 373 U.S. 1. So I think that is the same situation that applies and I see that I'm mad. All right you'll have your rebuttal. I'm sorry too much so I think the government suggests that there might be another avenue for relief for your client which is a motion for relief from judgment. I think that the rule is 6.500. Do you have a view on whether that's a viable option for your client? Well I think that's a collateral review avenue and he has not terminated his direct appeal and under. What do you mean by that? How is he not direct appeal? Because he's still pursuing habeas relief. He's pursuing collateral relief in federal court now but his direct appeal in state court is long over. It is but under Klink's scale versus Carter which this court decided in 2004 it held that you need not exhaust any and all remedies that are potentially available to a defendant in state court and under Brown versus Allen the United States Supreme Court said that you're not required to file and pursue all collateral motions that might be available to you. I think Judge Radler's asking a different question I think which is is this remedy still available to you in the Michigan courts? If you wanted to could you file the 6.500? I believe he could because I don't believe that there is any kind of statute of limitations on that particular rule but I think given the length of time and the changes in law that have occurred again it's easy to lose sight of the fact that you know three different decisions have been handed down that say what happened to Mr. Robinson was unconstitutional. All right you'll have your rebuttal. Thank you. You're from the state. Good morning your honors and may it please the court Rebecca Burrell's Assistant Attorney General on behalf of the respondent Apple Lee Warden Connie Horton. Listening to the arguments the questions and reading the briefs I think it might be helpful to go over the purpose of the application for leave to appeal and specifically this pro per form. As Judge Gilman pointed out the rule at issue is Michigan Court Rule 7.305 A and B. So 7.305 A lists the requirements that must be included in an application for leave to appeal and that includes a statement of questions presented, an argument as to why the application or those issues presented demonstrate grounds for review by the Supreme Court. And Rule 7.305 B lists those grounds and those grounds are issues of import such as a question of the validity of a lack act of the legislature where the Michigan Court of Appeals arguably conflicts with another decision of the Michigan Court of Appeals in the Michigan Supreme Court. So if you take a look at the forum application itself the information that's listed in number seven it's not additional information it's information that needs to be required in order for the application to comply with the court rules. Now I mean for whatever reason the state did not argue in its brief that this this document was non-compliant with that rule. That's correct your honor. I mean normally we construe pro se pleadings obviously with you know with some grace and if he I guess where I'm scratching my head about in this appeal is if he presents the Alene issue to the Michigan Court of Appeals which I think he did in whatever that supplemental pro se and the Michigan Court of Appeals actually addresses that issue. In his view they and say that there is an Alene violation he thinks they misapply it to some of the facts of the case. But the Michigan Court of Appeals reaches that issue and then we have a pro se inmate who files something that says I want the Michigan Supreme Court to consider the issues as raised in my court of appeals brief. I mean why why doesn't that flag all of those issues for the Michigan Supreme Court? Now does he develop the argument? Does he do the stuff a lawyer would do? Of course he does. Why doesn't that refer to all the issues in which case the Michigan Supreme Court staff attorney can look at the court of appeals opinion and see them and see Alene? Why are we I mean why is this not presenting the issue that he wants to present which undisputedly was wrongly decided? Well I have I think two answers to that. That's okay sorry for the speech but I'm just trying to be that so I can answer. Yeah sure. So my first answer would be Baldwin versus Reese which is the U.S. Supreme Court decision which states that a court of discretionary review need not look through the brief that's filed to look at the lower court opinions for example and that was the issue in Baldwin versus Reese. That was a U.S. Supreme Court case? U.S. Supreme Court case and it's 541 U.S. 27. Was that a an exhaustion holding that you're pointing to? It was an exhaustion holding yes your honor. A pro se litigant? I don't know that off the top of my head I do have the case and I could review it but I believe it was a pro se litigant but I'm not 100% sure about that. But the Supreme Court held that courts of discretionary review have heavy workloads and it would increase the workload significantly if we required those courts to look through the lower court pleadings the lower court opinions to try and discover an issue that was raised below that wasn't then flagged for that court for review. This is what Baldwin says? Is this like a categorical rule that if the petitioner does not if the petitioner incorporates by reference basically that the petitioner is not exhausted or is there some play in the joints? Well I can read you the exact holding of the case. Ordinarily a state prisoner does not fairly present a claim to a state court if that court must read beyond a petitioner brief or a similar document that does not alert it to the presence of a federal claim in order to find material such as a lower court opinion in the case that does so. Alright well that's what the court says ordinarily. I'm not making that up I presume. I'm not making that up. And then my second answer to your question would be that we have to view this statement in context that it's not isolated it's really kind of just an introductory clause to the order of number seven. So I think our supplemental brief lays out the meaning of the language within that sentence but then when you look at what's included within the pro per application form it's issue one, issue two, issue three and then you have that the applicant has to fill out B and C which is that information that must be included in the form in order to bring it into compliance with the Michigan court rules. So it's really just guiding the pro per applicant through compliance with the Michigan court rules. So when viewing this sentence in context it sort of takes on a new meaning and that is I want the court to consider these issues in the manner in which they were raised in my Michigan court of appeals brief. Are you referring to the instructions at the top of the page? I'm referring to number seven so it says I want the court to consider the issues as raised in my court of appeals brief. And then it has to be read against the backdrop I think of the instructions above. Correct. Which really talks about issues you know you have to identify the issues that are in your court of appeals brief and then it says if there's a supplemental brief you also identify those issues as well. So there's quite a bit of direction in some sense about I realize it's pro se litigant but about identifying issues. Can I ask you this prison legal services of Michigan is this a group that works with a lot of pro se litigants is that? So I don't know exactly what prison legal services of Michigan is. I attempted to find this form on the Michigan Supreme Court website and the Michigan Supreme Court provides a different form. Whether this form was provided back when Mr. Robinson was going through his direct appeal I can't answer that question. I do know that the form that's provided on the website of the Michigan Supreme Court was updated on in 2016 and 2017. I note the official form actually has language that says if you do not raise an issue in the Supreme Court by writing it out in the application form it will not be addressed by the Supreme Court even if it was raised in the court of appeals. Right and I believe that that information that instruction reflects the court's policy that if you don't flag this issue for review for the court we're not going to decide it. And there was no change in law before that court was revised that before that form was  submitted to the Michigan Supreme Court. And I think that the issue is fair presentation. Circumstances where the Michigan Supreme Court would know that this issue is being raised to the court and in this circumstance he raises six of his eight issues and the Elaine issue is not included within those six issues so the Supreme Court has no obligation to look through that pro se filing to determine whether or not there were potential other claims raised. They'd have to thumb through possibly hundreds of pages of supplemental filings, amended pleadings within the Michigan Court of Appeals. So that's the that's the trouble that this creates for the court. What about for you? Do you respond? I mean one point of this is to put the court on notice about here's what the case looks like, here's what you need to pay attention to. What about the party on their side which in this case was the state? Do you respond directly to this? The policy of our office is to respond to all of these applications. I can't speak for the county prosecutors. There are circumstances that and in this case they don't respond. I believe most of the time that's because they don't believe that the issues merit review by the Supreme Court but the policy of our office is to always respond to these applications. The opposing side at least has the opportunity to and so one reason for the rule would be to let the opposing litigant know what the issues are. That's true, your honor. The state's brief points out that Robinson has remaining an avenue to present his claim in state court, namely a 6.500 motion, right? And as the the state presents that that point in its brief, it seems to say that that is not only a sort of theoretical or nominal option but truly a viable option for him. But then there's some hint that maybe that motion would be procedurally barred as well because of the putative failure to present these issues to the Michigan Supreme Court. So I guess I want to ask you, I mean, is the state representing to us in this appeal that it will not assert a procedural bar against Robinson if he asserts or files a 6.500 motion in Michigan State Court? Well, I can't speak for what the court would do if he was to file the 6500 motion. Well, I mean, but is the state going to argue that he's procedurally barred from filing that flagging that as a remaining option for him here? That's true, your honor. With 6500 motions, the procedure, the state doesn't automatically respond to them. It's the, again, the county prosecutors. So typically the court would order a response from the county prosecutor whether or not they wanted to contest the motion. In some circumstances, the court just issues an opinion. Whether or not the court would do that in this case, I can't say for certain. But I can point this court to Duckworth v. Serrano, which, oh no, I apologize, Wagner v. Smith, which is this court's decision from 2009, which says that it's for the state courts to determine the applicability of a state procedural bar and not for this court. So we would have to wait and see what the state court did with that 6500 motion. Yeah, no, I know we wouldn't determine it, but it just seemed like the actual in the sense of not barred. But it's okay. I understand what you're saying. Yeah, I couldn't give an answer to that question. But other than that, in closing, I do just want to point out that the relief that we requested in the brief isn't exactly the relief that we do want. We requested an affirmance, but we want a remand for the trial court to dismiss the unexhausted claim without prejudice. Can I ask you a question that's related to the questions that Judge Kethledge was asking you? Are there circumstances of other defendants in the state, raising the Aleene and related sentencing issues, where they have been able to secure relief under, is it 5.6? The 6500 motion? I don't know off the top of my head if there are any circumstances that that has occurred. I know when Lockridge came out, which is the Michigan Supreme Court decision, which is in line with the opinion, or decisions holding that, Judge found facts were sufficient to score the sentencing. Those are direct appeals? Direct appeals, yes. I don't know on 6500 motions, the procedures and whether any of those had been granted. Now you say you want us to remand with instructions to enter a dismissal rather than to leave in place the merits ruling of the district court? Is that what you're asking? The merits ruling on this specific claim. But I mean it's it's set a law that we can reach the merits in habeas review and bypass the procedural bar if we think that's an easier way of disposing. Oh, you want to get rid of the merits because it's wrong? Because it's wrong, yes. All right, all right, that's yeah, very good. So other than that, unless your honors have any questions, I ask that it be remanded for dismissal. Thank you for your argument. Thank you, your honors. We'll hear a rebuttal. Just a few points. First of all, regarding Baldwin versus Reese, as the appellee pointed out, the test is if the issues were presented to the court and she argued for fair presentation and we would submit that the presentation was fair because it clearly states he was presenting the issues as raised. The representation that the court would have had to go through hundreds of pages in order to determine what issues were before it is simply not true. All they had to do was go to the Court of Appeals brief and they could have easily found what issues were included in his proper application. But doesn't Baldwin specifically say that the issue is not preserved if, I mean I'm just reciting it as it was read a moment ago, the issue is not preserved if the court would have to look at, for example, an intermediate Court of Appeals opinion to know that the petitioner is trying to raise that issue? Well, I think it, I'm not sure that that's exactly what we have here. I mean, I think more for this particular case, Mr. Robinson submitted it to the court. Whether the court addressed it or not, whether the court knew about it or not, we have no way of knowing because they have not summarily denied it. Yeah, but I guess Baldwin, if that's sort of the sum of Baldwin, Baldwin's telling us, you know, the Supreme Court telling us that does not constitute raising this issue. We would disagree with that interpretation just to the extent that I think the form itself does raise the issue, you know. Certainly by incorporation, by reference, it certainly doesn't raise it on the face of it. There's nothing that says a lane or anything about the procedure. But there's been no argument that his procedure up to this point was defective in any way as far as violating 7.305. There's no indication that it was a misapplication for failure to present properly. The court just summarily denied review. And the instructions of the form don't say you're identifying the issues below. They say that you're bringing up the issues below. And again, we believe that that is for the purposes of providing additional information for whatever issues you want to bring to the attention of the court. If Mr. Robinson had counsel, he had afforded his counsel, paid counsel, and did the exact same thing, would you say we should reach the same result that you're asking for now when he doesn't have counsel? In other words, is this a pro se rule, essentially, that you're asking us to craft? Well, I certainly think that it has to be viewed through the lens that he was a pro se litigant. He did not have the expertise of counsel available to him. I don't think that the situation would be the same had he had counsel present to him. I was saying it was the same. I mean, here's what I'm struggling with. I think there are valid reasons for these rules. I think they tell the court what this case is about. I think they tell the other side what this case is about. I think it's fair for a state to do that. I think we have to give some deference to a state procedure. On the other hand, I completely sympathize with your client and the circumstance, but ruling in your favor in one sense could really undermine the whole purpose of these forms and open the floodgates to some extent to parties really being sloppy in how they're identifying cases, which creates some problems. But there's also the pro se aspect of this case, which would be unique. I was wondering if this is really a pro se rule you want us to write? Well, if I can address it, I see I'm out of time. But I think if you have a pro se litigant and the form is deficient for procedural purposes, then I think it should be incumbent upon the Michigan Supreme Court to not allow those forms to be filed, to not accept them in cases for such review. By accepting them, a pro se litigant is going to think that it followed procedure and did everything that he was supposed to do. So I guess to a certain extent, I am asking for leniency and the procedural rules because we do have a pro se litigant here. And if the court doesn't have any other questions, I just ask for finding in favor of Mr. Robinson. Thank you. Thank you for your argument. And it's Jaeger? Very good. Well, Mr. Jaeger, I see that you're appointed pursuant to the Criminal Justice Act. And you have rendered a fine service to your client in that capacity. You've done an admirable job here, and we sincerely appreciate your contribution to our process in deciding the case. Both parties did a fine job. Case will be submitted. Clerk may call the next case.